UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SHANNON TYRONE CRAIG,                     Civil 10-3121 (PJS/AJB)

    Plaintiff,

v.                                        O R D E R

Michael J. Astrue, Commissioner
of Social Security,

    Defendant.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated August 5, 2010, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's "Application to Proceed In District Court Without Prepaying Fees or Costs" (Docket No. 2), is DENIED.

2. The action is summarily DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  8/27  , 2010.          s/Patrick J. Schiltz
                                                    Patrick J. Schiltz
                                                    United States District Judge